# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| STEVEN GOOD, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:18-cv-00774** |
| | ) | **Judge Richardson** |
| MEREDITH CORPORATION, | ) | |
| | ) | **JURY DEMAND** |
| **Defendant.** | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Steven Good and Defendant Meredith Corporation stipulate and agree that this action be dismissed in its entirety with prejudice. Each party shall pay its own court costs and attorneys' fees.

/s Brian C. Winfrey
Brian C. Winfrey
Morgan & Morgan, PC
2002 Richard Jones Rd., Suite B-200
Nashville, TN 37215

*Attorney for Plaintiff*

s/ Stanley E. Graham  (w/permission)
Robert E. Boston
Stanley E. Graham
Waller Lansden Dortch & Davis
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760

*Attorneys for Meredith Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal has been served via electronic mail upon:

Robert E. Boston
Stanley E. Graham
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760

on this the ___ day of June, 2019.

s/ Brian C. Winfrey