IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN GOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:18-cv-00774 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| MEREDITH CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 21), signed by

counsel for both parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation of Dismissal sufficed

to dismiss this action without any action on the part of the Court. Because the parties have stated

that the dismissal is with prejudice, the dismissal in fact is with prejudice. *See* Fed. R. Civ. P.

41(a)(1)(B).

Accordingly, the Court acknowledges that all claims in this action have been **DISMISSED**

with prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment

for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*

ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE