Steven Good

     Plaintiff,

v.           Case No.: 3:18−cv−00774

Meredith Corporation

      Defendant,

## **ENTRY OF JUDGMENT**

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/17/2019 re [22].

Kirk L. Davies
s/ Dalaina Thompson, Deputy Clerk
